No. 11–10762. TOOLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10763. DAVIS *v.* KANSAS. Ct. App. Kan. Certiorari denied.

No. 11–10764. ENRIQUEZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–10765. ESTRADA *v.* TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 11–10766. DEAN *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 11–10767. CORNELIUS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–10770. EICHLER *v.* KNIPP, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10771. CLAY *v.* GLEBE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10773. CAZARES ROJAS *v.* SALAZAR, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10776. NENG POR YANG *v.* CITY OF SHAKOPEE, MINNESOTA, ET AL. Ct. App. Minn. Certiorari denied.

No. 11–10777. COULIBALY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10778. MERCADO *v.* LEMPKE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–10779. McCOY *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–10780. ACHOUATTE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 11–10782. JOHNSON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.